JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 25, 2011

Check No. 2023502

Check Amount: $5,743.40

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40167-R | 00016 | THOMAS D. & LENA M. WADLINGTON | 6 | XXXXX8500 | 593.98 | 0.00 | 593.98 |
| | | Original check written to: CENTRIX 6782 SOUTH POTOMAC STREET CENTENNIAL, CO 80112 | | | | | |
| 06-40219-R | 00052 | HUGH P. & DEBRA A. VEALE | 14 | XXXXX4662 | 26.23 | 0.00 | 26.23 |
| | | Original check written to: OSI COLLECTION SERVICES INC P. O. BOX 947 BROOKFIELD, WI 53008-0947 | | | | | |
| 06-40246-R | 00031 | PAUL V. ARRIAGA | 2 | XXXXX3226 | 34.69 | 0.00 | 34.69 |
| | | Original check written to: CAVALRY PORTFOLIO SERVICES 7 SKYLINE DRIVE, SUITE 250 HAWTHORNE, NY 10532-2162 | | | | | |
| 06-40286-R | 00017 | DIANA LILIA DIAZ | 8 | 6737 | 50.00 | 19.81 | 69.81 |
| | | Original check written to: SFC-CENTRAL BANKRUPTCY 652 BUSH RIVER ROAD, SUITE 206 COLUMBIA, SC 29210-7537 | | | | | |
| 06-40334-R | 00046 | BILLY J. & ELLA M. RISBY | | XXXXX2304 | 4.55 | 0.00 | 4.55 |
| | | Original check written to: DEUTSCHE BANK NATIONAL TRUST C/O AMERICAN HOME MORTGAGE P. O. BOX 631730 IRVING, TX 75063-1730 | | | | | |
| 06-41400-R | 00030 | ARTHUR L. JACKSON, JR. & DIANNE H. JACKSON | 13 | XXXXX3056 | 1,028.28 | 0.00 | 1,028.28 |
| | | Original check written to: ESTATES AT CREEKSIDE HOA PREMIER COMMUNITIES 3102 OAK LAWN AVE SUITE 202 DALLAS, TX 75219-6400 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 25, 2011

Check No. 2023502

Check Amount: $5,743.40

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-41856-R | 00002 | MYRIL KALEOMOANA & KATHI ELAINE PALAKIKO | 2 | XXXXX0605 | 467.33 | 0.00 | 467.33 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEBT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 06-50067-R | 00025 | BARBARA JEAN JACKSON | 1 | XXXXX1195 | 116.21 | 0.00 | 116.21 |
| | | Original check written to: NORTH EAST TEXAS CREDIT UNION P. O. BOX 1480 LONE STAR, TX 75668 | | | | | |
| 07-41701-R | 00028 | THEODORE LAWRENCE | 2 | 7352 | 0.00 | 4.12 | 4.12 |
| | | Original check written to: WELLS FARGO HOME MORTGAGE 405 SOUTHWEST 5TH STREET PMT PROCESSING MAC #X2501-01D DES MOINES, IA 50328 | | | | | |
| 08-40726-R | 00022 | TERRY A. & EMMA SUE PITTS | 8 | XXXXX6469 | 295.76 | 0.00 | 295.76 |
| | | Original check written to: SPIRIT OF AMERICA NATIONAL BANK FASHION BUG P. O. BOX 856021 LOUISVILLE, KY 40285 | | | | | |
| 08-40726-R | 00034 | TERRY A. & EMMA SUE PITTS | 7 | XXXXX9237 | 127.23 | 0.00 | 127.23 |
| | | Original check written to: SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT FIRST EXPRESS P. O. BOX 856132 LOUISVILLE, KY 40285-6132 | | | | | |
| 08-41002-R | 00004 | ELVIN L. & EILEEN M. CARR | 1 | XXXXX2577 | 0.00 | 0.26 | 0.26 |
| | | Original check written to: DEUTSCHE BANK NATIONAL TRUST C/O AMERICAN HOME MORTGAGE P. O. BOX 631730 IRVING, TX 75063-1730 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 25, 2011

Check No. 2023502

Check Amount: $5,743.40

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-40002-R | 00010 | GERALD J. & KATHERINE D. HARRISON | 19 | XXXXX5716 | 869.04 | 56.37 | 925.41 |
| | | | | XXXXX9816 | | | |
| | | Original check written to: COUNTY OF SANTA CLARA TAX COLLECTOR'S OFFICE 70 WEST HEDDING ST., EAST WING, 6TH FLOOR SAN JOSE, CA 95110 | | | | | |
| 09-40038-R | 00002 | KRISTI G. RASBERRY | 1 | XXXXX5993 | 207.79 | 0.00 | 207.79 |
| | | Original check written to: DEUTSCHE BANK NATIONAL TRUST C/O AMERICAN HOME MORTGAGE P. O. BOX 631730 IRVING, TX 75063-1730 | | | | | |
| 09-50058-R | 00005 | SCOTT T. & MELISSA A. OTWELL | 2 | XXXXX2727 | 0.00 | 21.73 | 21.73 |
| | | Original check written to: CITIFINANCIAL AUTO P. O. BOX 182287 COLUMBUS, OH 43218 | | | | | |
| 09-50249-R | 00007 | JAMES ALVIN WILLIAMS JR. & TRACY L. WILLIAMS | 7 | 1906 | 1,634.06 | 141.20 | 1,775.26 |
| | | Original check written to: HSBC CONSUMER AND MORTGAGE LENDING 636 GRAND REGENCY BLVD BRANDON, FL 33510-3942 | | | | | |
| 09-43827-R | 00004 | MARK ALAN MACK | 1 | 2062 | 0.00 | 4.55 | 4.55 |
| | | Original check written to: AMERICAS SERVICING COMPANY ONE HOME CAMPUS BK PMT PROC MAC #X2302-04C DES MOINES, IA 50328 | | | | | |
| 10-40055-R | 00001 | ED ERNEST WHITE, III & REBECCA LANDRY WHITE | 12 | 9913 | 0.00 | 39.33 | 39.33 |
| | | Original check written to: AMERICAN HONDA FINANCE P. O. BOX 168088 IRVING, TX 75016-8088 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 25, 2011

Check No. 2023502

Check Amount: $5,743.40

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-42018-R | 00005 | LARRY D. & SHAWNNA R. HORTON | 3 | 9601 | 0.00 | 0.88 | 0.88 |
| | | Original check written to: CITIFINANCIAL AUTO CREDIT INC. P.O. BOX 182287 COLUMBUS, OH 43218-2287 | | | | | |
| | | | **TOTALS** | | $5,455.15 | **$288.25** | **$5,743.40** |